IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | No. 06- 131M-MPT |
| LISA REED and TERESA M. FLOOD, | : | |
| Defendants. | : | |

### MOTION AND ORDER TO SEAL

**NOW COMES** the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Beth Moskow-Schnoll, Assistant United States Attorney, and hereby moves this Honorable Court to seal the Criminal Complaint and attached Affidavit, Arrest Warrants, this Motion and Order to Seal, and the related file in the above-captioned case, as the defendants have not yet been apprehended.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: /s/ Beth Moskow-Schnoll

Beth Moskow-Schnoll
Assistant United States Attorney

Dated: November 3, 2006

**AND NOW** this 3rd day of November, 2006, based upon the foregoing Motion, **IT IS ORDERED** that the Criminal Complaint and attached Affidavit, Arrest Warrants, Motion and Order to Seal, and the related file in the above-captioned case be **SEALED** until further Order of the Court.

/s/ Mary Pat Thynge
Honorable Mary Pat Thynge
United States Magistrate Judge
District of Delaware