# United States District Court

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

LISA REED and TERESA M. FLOOD

(Name and Address of Defendant)

~~SEALED~~ Unsealed 11/9/06

**Criminal Complaint**

Case No. 06- 131M-MPT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. In or around February and March, 2006, in New Castle County, in the District of Delaware and elsewhere defendant(s), (Track Statutory Language of Offense)

did knowingly conspire with Glenny Coleman, III, to commit wire fraud in violation of 18 U.S.C. § 1343, all

in violation of Title 18 United States Code, Section(s) 371 .

I further state that I am a(n) Special Agent, U.S. Secret Service and that this complaint is based
Official Title
on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:   YES

Signature of Complainant
Andrew Balceniuk
Special Agent
U.S. Secret Service

Sworn to before me and subscribed in my presence,

November 3, 2006                              at   Wilmington, DE
Date                                               City and State

Honorable Mary Pat Thynge
United States Magistrate Judge
Name & Title of Judicial Officer                   Signature of Judicial Officer

### AFFIDAVIT OF SPECIAL AGENT ANDREW BALCENIUK

I, Andrew Balceniuk, being duly sworn, depose and say:

1.    Your affiant is a Special Agent with the U.S. Secret Service and has been so employed since October 2002. Your affiant is currently assigned to the Wilmington, Delaware Resident Office. Your affiant has received approximately six months of field and classroom training in the identification and investigation of various schemes perpetrated to commit identity theft and other crimes.

2.    This affidavit is submitted in support of a criminal complaint and warrant charging Lisa Reed and Teresa M. Flood with conspiracy to commit wire fraud in violation of 18 U.S.C. § 1343, all in violation of 18 U.S.C. § 371. The allegations set forth in this affidavit are based upon my personal knowledge, as well as upon information obtained from law enforcement officers, investigators, complaints, witnesses, public records and other parties and sources. This affidavit does not contain all information obtained in the course of the investigation, as it details only a sampling of the fraudulent activity engaged in by Reed and Flood - a sampling that, your affiant submits, is sufficient to establish probable cause to arrest both women.

3.    Sometime in February 2006, Glenny Coleman, III, using the name "Michael Fuller" and a Social Security number belonging to another person, contacted Aggressive Mortgage in Maryland and inquired about obtaining a mortgage for a residential property in Delaware.

4.    Sometime later in February 2006, Glenny Coleman, III, still using the name "Michael Fuller" and a Social Security number (SSN) belonging to J.H., went to Aggressive Mortgage and filled out a mortgage loan application. In connection with the application, the defendant submitted, *inter alia*, false identity information and false employment information. Based on the information he had submitted, Aggressive Mortgage pre-qualified "Michael Fuller" for a $399,900 mortgage.

5.    Sometime in or around March 2006, a ReMAX agent in Delaware received a phone call from a woman identifying herself as "Teresa Marie" who made an appointment to see some houses. Soon after, Teresa Marie and a man identifying himself as "Michael Fuller" met with the real estate agent. When the agent asked Teresa Marie her last name, Teresa Marie told her to just call her "Teresa Marie." "Michael Fuller" stated that Teresa Marie was his business partner. The real estate agent showed Teresa Marie and Fuller three homes. The couple was most interested in a home in Emerald Ridge, Bear that had a list price of $399,900. The description of Teresa Marie provided by the real estate agent matches the description of Teresa M. Flood.

6.    On March 8, 2006, "Fuller", accompanied by a woman meeting Lisa Reed's description, met with the ReMax agent in Delaware. During the meeting, with Lisa Reed by his side, "Fuller" entered into an agreement to purchase the home in Emerald Ridge for $399,900 and provided a $1,000 check as a good faith deposit. The check was written off a Commerce bank account held in the name T and T Enterprise Inc. with an address in Greenville, Delaware.

7.     The Greenville address comes back to a mail drop opened in the name T and T Enterprise by Teresa M. Flood, who described herself as "president" of T and T Enterprise on the application. Also on the application, Teresa M. Flood listed "Michael Fuller" as one of the persons authorized to receive mail at the box.

8.     During the meeting on March 8, 2006, "Fuller" asked if he could use his lender for settlement and have the settlement in Maryland. The ReMax agent said that would be fine, so, during the meeting, "Fuller" had Aggressive Mortgage in Baltimore fax an approval letter to the ReMax agent in Delaware.

9.     Soon after, the seller accepted the offer, and the home was taken off the market. Glenny Coleman, III was arrested later that month, so the transfer of the property did not occur.

10.    On March 23, 2006, Detective Sue Jones of the Delaware State Police showed the ReMax agent a photographic line-up of six men and asked whether any of them was the man the agent knew as Michael Fuller. The real estate agent quickly picked the photo of Glenny Coleman. Detective Jones also showed the real estate agent a photographic array of six women and asked whether any of them was the woman who accompanied Michael Fuller when he signed the paperwork. The real estate agent chose the photo of Lisa Reed without hesitation.

11.    Detective Jones also interviewed Susan Kee of Aggressive Mortgage in Baltimore. Kee said when Fuller contacted her he presented himself as an established businessman who wanted to purchase a home for his fiancee, Lisa Reed. On February 15, 2006, Fuller came to Kee's office and filled out a mortgage application. Later in February, Fuller provided Kee with a copy of his Delaware driver's license, PNC bank records, pay stubs and income tax returns. Detective Jones showed Kee a photographic array and asked whether any of the men was the man whom Kee knew as Michael Fuller. Kee positively identified Coleman.

12.    Kee provided a copy of the documentation submitted by Coleman. The Delaware driver's license in the name Michael Fuller bears a photo of Coleman. In each of the three applications he submitted to Aggressive Mortgage, Coleman used the name Michael Fuller and a SSN belonging to J.H. He also gave a false address - an address belonging to V.D., Lisa Reed's cousin. Coleman, as Fuller, claimed to be employed as an "investing manager" by Genesis Investing Group at 101 Route 130, Clementon, NJ. In support of the application, Coleman, as Fuller, submitted a fraudulent W-2 and a fraudulent tax return showing that he had earned $116,400 from Genesis Investment Group, 101 Route 130 South, Cinnaminson, NJ in 2005. He also submitted statements for a PNC bank account supposedly held in the name Michael Fuller.

13.    Investigation by your affiant and the Delaware State Police determined that an office was rented by Glenny Coleman, again using the name of V.D., Lisa Reed's cousin, for "TAFC Receivables" at the Cinnaminson address. The check used to rent the office space, was a PNC Bank cashier's check in the amount of $2,100 with a notation stating, "Remitter Teresa Flood (Agape Ventures)." PNC Bank records revealed that Teresa M. Flood is the sole signatory on an account held in the name Agape Ventures which Flood opened in October 2005. A review of the Agape Ventures account statement for the period 12/31/05 to 1/31/06 shows that on January 23,

2006, $2,110 was withdrawn for the purchase of a cashier's check. (The extra $10 likely was to pay a fee for the issuance of the cashier's check.) A comparison of the Agape Ventures bank statement with the Michael Fuller bank statement submitted by Coleman (as Michael Fuller) in support of his mortgage application with Aggressive Mortgage, shows that, except for the name of the accountholder, the two bank statements are identical. In an interview with the Delaware State Police and your affiant, the manager for the office building stated that in setting up the office space for TAFC, he dealt with a woman who identified herself only as "Teresa Marie."

14.  On August 18, 2006, Detective Nancy Skubik, Delaware State Police, and your affiant interviewed Teresa M. Flood at Delaware State Police Troop Two in Bear, Delaware. Flood stated that she met Glenny Coleman in the fall of 2003 and had a personal relationship with him resulting in the birth of a daughter. Flood stated that she started Agape Ventures in approximately 2005 and that she was the only employee of the company. Flood also stated that she opened the PNC bank account in 2005 for her personal use and that she was the only person to have access to the account. Flood was shown a copy of the PNC Bank cashier's check and admitted that the check was used to rent the office space in Cinnaminson.

15.  Pursuant to a search warrant, the Delaware State Police searched Lisa Reed's home in Wilmington, Delaware on March 23, 2006. The police found many items of interest during the search, including two blank checks with the names "Genesis Investors Group/Michael Fuller" listed as the payors in the top left corner and "Mellon Bank" listed as the financial institution holding the account. No such account exists in that name. In fact, according to Mellon Bank's own website, in 2001, Mellon Bank sold its mid-Atlantic banking operations to Citizens Bank.

16.  During the same search of Lisa Reed's home, the Delaware State Police also found a "Merchant Application" in which "Optimum Entertainment," owned by "Michael Fuller" with J.H.'s SSN and V.D.'s address, is applying to Bank Card Depot for authorization to accept credit cards. Records received from EVO Merchant Services show that during the relevant time period, Lisa Reed was authorized by Bank Card Depot to sell its merchant credit card services to businesses.

/      /      /      /

Based on my training and experience and the foregoing facts, your affiant submits that there is probable cause to believe that Lisa Reed and Teresa M. Flood conspired to commit wire fraud in violation of 18 U.S.C. § 1343, all in violation of 18 U.S.C. § 371. Therefore, your affiant respectfully requests that warrants be issued for the arrest of Lisa Reed and Teresa M. Flood.

Andrew Balcerniuk
Special Agent, U.S. Secret Service

**SWORN AND SUBSCRIBED TO**

this 3 day of November, 2006.

Honorable Mary Pat Thynge
United States Magistrate Judge