✱ Filed in open court 11/9/06 (ew)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 06-131M-MPT |
| LISA REED and, <br> TERESA M. FLOOD, | : |
| Defendants. | : |

## MOTION AND ORDER TO UNSEAL

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Beth Moskow-Schnoll, Assistant United States Attorney for the District of Delaware, hereby moves this Honorable Court to unseal the Criminal Complaint and attached Affidavit, Arrest Warrants, and related file.

COLM F. CONNOLLY
United States Attorney

BY: _____
Beth Moskow-Schnoll
Assistant United States Attorney

Dated: November 9, 2006

IT IS SO ORDERED this ___9___ day of __November__, 2006.

_____
HONORABLE MARY PAT THYNGE
United States Magistrate Judge