## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : |
| LISA REED, | : |
| Defendant. | : |

Criminal Action No. 06- **124**

REDACTED

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

*Introduction*

1.      At all times relevant to this Indictment, Univest National Bank & Trust Company was a federally insured financial institution, the deposits of which were insured by the Federal Deposit Insurance Corporation or FDIC.

*Scheme to Defraud*

2.      In or around April 2005, Lisa Reed, the defendant, and G.C., III applied for a loan to purchase a 2002 Cadillac Escalade.  In applying for the loan, G.C., III falsely represented that his name was Eugene Adams and gave a false Social Security number, a false address and false employment information.

3.      Based on the application containing the false information, on or about April 16, 2005, Univest National Bank & Trust Company granted a car loan in the amount of $38,339. Using the loan, Lisa Reed, the defendant, obtained the 2002 Cadillac Escalade.

*Charging Paragraph*

4.    In or around April 2005, in the Eastern District of Pennsylvania, Lisa Reed, the defendant, and G.C., III did knowingly execute and attempt to execute a scheme and artifice to defraud Univest National Bank & Trust Company, a federally insured financial institution, as described more fully in paragraphs 1 through 3 above, incorporated herein by reference, and in execution of the scheme, on or about April 8, 2005, G.C., III filled out a loan application using false identity information, all in violation of Title 18, United States Code, Sections1344 and 2.

## COUNT TWO

5.    In or around April 2005, in the State and District of Delaware and elsewhere, G.C., III, and Lisa Reed, the defendant, did knowingly use, without lawful authority, a means of identification of N.L. during and in relation to a violation of the bank fraud statute, 18 U.S.C. § 1344, as described in paragraphs 1 through 4 above, incorporated herein by reference, all in violation of Title 18, United States Code, Sections 1028A and 2.

## COUNT THREE

6.    On or about October 12, 2005, in the State and District of Delaware, Lisa Reed, the defendant, and G.C., III did knowingly conspire with each other to willfully, knowingly, and with the intent to deceive Beneficial Corporation, and for the purpose of obtaining a loan, falsely represent that a Social Security number was the Social Security number assigned to G.C., III by the Commissioner of Social Security, when, in fact, that number had been assigned to V.D. and was not the Social Security number assigned to G.C., III, in violation of Title 42, United States Code, Section 408(a)(7)(B), and in furtherance of the conspiracy, Lisa Reed, the defendant, and G.C., III committed the following overt acts:

2

a.     on or about October 12, 2005, G.C., III, using the name and Social

Security account number assigned to V.D., applied for and received a loan from Beneficial

Corporation; and

b.     Lisa Reed's home address was used as V.D.'s address on the loan papers,

and Lisa Reed received bills for the loan at her home in Claymont, Delaware;

all in violation of Title 18, United States Code, Section 371.

## COUNT FOUR

7.     On or about October 12, 2005, in the State and District of Delaware, Lisa Reed,

the defendant, and G.C., III did knowingly conspire to knowingly use, without lawful authority, a

means of identification of another person, specifically, the name and Social Security number of

V.D., with the intent to commit an unlawful activity that constitutes a felony violation of State

law, i.e. theft by false pretenses in violation of Title 11, Delaware Code, Section 840, in violation

of Title 18, United States Code, Section 1028(a)(7), and in furtherance of the conspiracy, the

defendant and G.C., III committed the following overt acts:

a.     on or about October 12, 2005, G.C., III, using the name and Social

Security account number assigned to V.D., applied for and received a loan from Beneficial

Corporation; and

b.     Lisa Reed's home address was used as V.D.'s address on the loan papers,

and Lisa Reed received bills for the loan at her home in Claymont, Delaware;

all in violation of Title 18, United States Code, Section 371.

## COUNT FIVE

8.     On or about October 31, 2005, in the State and District of Delaware, Lisa Reed,

3

the defendant, and G.C., III, a previously indicted co-conspirator, did knowingly conspire to knowingly, and with the intent to deceive CitiFinancial, Inc., and for the purpose of obtaining a loan, falsely represent that a Social Security number was the Social Security number assigned to G.C., III by the Commissioner of Social Security, when, in fact, that number had been assigned to V.D. and was not the Social Security number assigned to G.C., III, in violation of Title 42,United States Code, Section 408(a)(7)(B), and in furtherance of the conspiracy, the defendant and G.C., III committed the following overt acts:

a. on or about October 31, 2005, G.C., III, using the name and Social Security account number assigned to V.D., applied for and received a loan from CitiFinancial, Inc.; and

b. Lisa Reed's home address was used as V.D.'s address on the loan papers, and Lisa Reed received bills for the loan at her home in Claymont, Delaware;

all in violation of Title 18, United States Code, Section 371.

## COUNT SIX

9. On or about October 31, 2005, in the State and District of Delaware, Lisa Reed, the defendant, and G.C., III, a previously indicted co-conspirator, did knowingly conspire to knowingly use, without lawful authority, a means of identification of another person, specifically, the name and Social Security number of V.D., with the intent to commit an unlawful activity that constitutes a felony violation of State law, i.e. theft by false pretenses in violation of Title 11, Delaware Code, Section 840, in violation of Title 18, United States Code, Section 1028(a)(7), and in furtherance of the conspiracy, the defendant and G.C., III committed the following overt acts:

4

a.        on or about October 31, 2005, G.C., III, using the name and Social

Security account number assigned to V.D., applied for and received a loan from CitiFinancial,

Inc.; and

b.        Lisa Reed's home address was used as V.D.'s address on the loan papers,

and, Lisa Reed received bills for the loan at her home in Claymont, Delaware;

all in violation of Title 18, United States Code, Section 371.

## COUNT SEVEN

### *Scheme and Artifice to Defraud*

10.        In or around February 2006, G.C., III, using the name "Michael Fuller" and the

Social Security number of J.H., contacted Aggressive Mortgage in Maryland and inquired about

obtaining a mortgage for a residential property in Delaware.

11.        Sometime later in February 2006, G.C., III, using the name "Michael Fuller" and

the Social Security number of J.H., went to Aggressive Mortgage and filled out a mortgage loan

application. In connection with the application, G.C., III submitted  false identity information

and false employment information.

12.        Based on the information he had submitted, Aggressive Mortgage pre-qualified

G.C., III, as "Michael Fuller" with the Social Security number of J.H., for a $399,900 mortgage.

13.        In or around March 2006, T.M.F. and G.C., III, using the name "Michael Fuller"

and the Social Security number of J.H., met with a real estate agent in Delaware, viewed three

residential properties that were listed for sale, and chose to purchase one of the properties.

14.        On or about March 8, 2006, Lisa Reed, the defendant, and G.C., III, went to

5

the office of the real estate agent in Delaware. While at the office, G.C., III, using the name

"Michael Fuller" and the Social Security number of J.H., signed an agreement of sale to purchase

a residential property for $399,900 and provided a deposit for the property. During that same

meeting, Aggressive Mortgage sent via facsimile to the real estate agent's office a letter stating

that G.C., III, as "Michael Fuller", had been approved for a purchase loan in the amount of

$399,900.

15.     The seller of the property accepted the offer and took the property off the market.

## *Charging Paragraph*

16.     On or about March 8, 2006, in the State and District of Delaware, having devised

and intending to devise a scheme and artifice to defraud, as described in paragraphs 10 through

15 above, incorporated herein by reference, and for the purpose of executing such scheme and

artifice to defraud, G.C., III, aided and abetted by Lisa Reed, the defendant, did knowingly cause

a facsimile to be transmitted by means of wire in interstate commerce from the offices of

Aggressive Mortgage in Maryland to the offices of ReMAX Metrostar in Delaware, all in

violation of Title 18, United States Code, Sections1343 and 2.

## **COUNT EIGHT**

17.     From in or around February 2006, through in or around March 2006, in the State

and District of Delaware, G.C., III, aided and abetted by Lisa Reed, the defendant, did knowingly

use, without lawful authority, a means of identification of J.H. during and in relation to a

violation of the wire fraud statute, 18 U.S.C. § 1343, as described in paragraphs 10 through 16

above, incorporated herein by reference, all in violation of Title 18, United States Code, Sections 1028A and 2.

A TRUE BILL:

_____

Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _____

Beth Moskow-Schnoll
Assistant United States Attorney

Dated: November 16, 2006

7