IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ORDER GRANTING CONTINUANCE

Case: U.S.A . v. ____LISA REED____   CASE NO. __CR 06-124 KAJ__

The defendant, __LISA REED__, having been scheduled for arraignment on __NOVEMBER 23, 2006__ and a continuance having been made by the __COURT__ for the following reason; __DUE TO COURT SCHEDULING CONFLICTS__. The Court finds that the ends of justice served by ordering the continuance outweigh the best interest of the public and the defendant to a speedy trial, it is

    ORDERED,

        (1) Defendant's arraignment is continued __NOVEMBER 30, 2006__

        ( 2) The period between __11/23/06__ and __11/30/06__

shall be excludable under the Speedy Trial Act (18 U.S.C.3161, et seq.).

Dated: 12/4/06

FILED
DEC  4 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE