IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | |
| ) | |
| ) | |
| ) | |
| v.                          ) | Criminal No.  06-124 (GMS) |
| ) | |
| ) | |
| LISA REED                   ) | |

**NOTICE OF SCHEDULING**

IT IS HEREBY ORDERED that the court will hold a scheduling conference regarding the above-captioned case, in chambers, on **Monday, March 26, 2007, at 11:30 a.m.**


Dated:  March 9, 2007                                       /s/ Gregory M. Sleet
                                                            UNITED STATES DISTRICT JUDGE