## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff, : | |
| v.  : | Criminal Action No. 06-124-GMS |
| LISA REED, : | |
| Defendant. : | |

### JOINT MOTION FOR CONTINUANCE OF TRIAL

The defendant, Lisa Reed, by and through her attorney, Terry Pugh, Esq., and the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Beth Moskow-Schnoll, Assistant United States Attorney for the District of Delaware, hereby jointly move for a continuance of the trial currently scheduled for July 23, 2007. The requested continuance, if granted, would allow the parties to continue discussions that may result in a non-trial disposition of this case and/or provide the parties needed time to prepare for trial should a trial be necessary. The defendant is not incarcerated. Thus, pursuant to 18 U.S.C. § 3161(h), the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

_____
Terry Pugh, Esq.
Attorney for Defendant

Dated: July 12, 2007

COLM F. CONNOLLY
United States Attorney

BY: _____
Beth Moskow-Schnoll
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-124-GMS |
| LISA REED, | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this _____ day of July, 2007, for the reasons stated in the Joint Motion for Continuance of Trial, and upon a finding that, pursuant to 18 U.S.C. § 3161(h), the ends of justice served by granting a continuance of trial outweigh the best interest of the public and the defendant in a speedy trial, the Joint Motion for Continuance of Trial is hereby **GRANTED**. The trial scheduled for July 23, 2007, is hereby taken off the calendar, and trial will be rescheduled to _____, 2007.

**IT IS SO ORDERED.**

_____
HONORABLE GREGORY M. SLEET
Chief U.S. District Court Judge
District of Delaware