IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-124 GMS |
| | ) | |
| LISA REED | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER TO CONTINUE

AND NOW, this 13th day of July 2007, for the reasons stated in the Joint Motion for Continuance of Trial, and upon a finding that, pursuant to 18 U.S.C. § 3161(h), the ends of justice served by granting a continuance of trial outweigh the best interest of the public and the defendant in a speedy trial, the Joint Motion for Continuance of Trial is hereby GRANTED. The pretrial conference scheduled for July 19, 2007, at 2:00 p.m. and the trial scheduled for July 23, 2007, at 9:30 a.m. is hereby CONTINUED. The parties are directed to file a jointly prepared report regarding the status of this case no later than August 31, 2007.

SO ORDERED.

/s/ Gregory M. Sleet
CHIEF UNITED STATES DISTRICT JUDGE