IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-124-GMS |
| LISA REED, | : | |
| Defendant. | : | |

## JOINT STATUS REPORT

Pursuant to the Court's Order dated July 13, 2007, the defendant, Lisa Reed, by and through her undersigned attorney, Terry Pugh, and the United States of America, by and through its undersigned attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Beth Moskow-Schnoll, Assistant United States Attorney, hereby provide the following report on the status of the case:

1. On August 28, 2007, counsel for the United States spoke to Terry Pugh, counsel of record for the defendant. Mr. Pugh informed Ms. Moskow-Schnoll that the defendant had hired other counsel to represent her.

2. Later on August 28, 2007, counsel for the United States spoke to Paul S. Peters, III who stated that he had been retained by the defendant in connection with this case. Because he has just been brought into the case, Mr. Peters requested that he be given ample time to review and investigate this matter. Mr. Peters further advised that he believes his client will proceed to trial and requests that trial not be scheduled before early 2008.

3. Mr. Peters told both counsel for the United States and Terry Pugh, counsel of record for the defendant, that he would be entering his appearance with the Court, but the

undersigned counsel note that, as of the time of the filing of this joint status report, Mr. Peters' appearance has not been entered. Thus, Mr. Pugh, as counsel of record for the defendant, has signed this report on behalf of the defendant.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: /s/ Beth Moskow-Schnoll
Beth Moskow-Schnoll
Assistant United States Attorney

/s/ Terry Pugh
Terry Pugh, Esq.
Attorney for Defendant

Dated: August 31, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-124-GMS |
| LISA REED, | : | |
| Defendant. | : | |

### CERTIFICATE OF SERVICE

I, Beth Moskow-Schnoll, Assistant United States Attorney for the District of Delaware, hereby certify that on August 31, 2007, I caused the mailing of the foregoing Joint Status Report to:

Terry Pugh
Elmore, Pugh & Warren, P.C.
1315 Walnut Street, Suite 800
Philadelphia, PA 19107

*Beth Moskow-Schnoll*
Beth Moskow-Schnoll
Assistant United States Attorney