# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | Criminal Action No.: 06-124 |
| LISA REED | : | |
| Defendant. | : | |

## ENTRY OF APPEARANCE AND REQUEST FOR SUBSTITUTION OF COUNSEL

TO THE CLERK OF THE UNITED STATES DISTRICT COURT
    FOR THE DISTRICT OF DELAWARE:

   Kindly enter my appearance for the Defendant, Lisa Reed, in the above referenced criminal action.  I have been privately retained by the Defendant for representation in this matter.

   Based upon my entry of appearance, it is requested that the appearance of Terry Pugh, Esquire, be terminated, and my appearance substituted in his place.  Attorney Pugh was previously entered as attorney of record for the Defendant as a CJA Appointment.

**MARTUCCI & PETERS, LLC**

*/s/ Paul S. Peters III, Esquire*
Paul S. Peters III, Esquire
Martucci & Peters, LLC
1617 John F. Kennedy Boulevard, Suite 510
Philadelphia, PA 19103
215-789-7250; Fax: 215-789-7251
Paulpeters3@yahoo.com
*Attorney for Defendant Lisa Reed*

Dated: August 31, 2007