IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 06-124 (GMS) |
| | ) | |
| LISA REED | ) | |

## NOTICE OF SCHEDULING

IT IS HEREBY ORDERED that the court will hold a scheduling conference regarding the above-captioned case, in chambers, on <u>Tuesday, September 18, 2007, at 12:00 p.m.</u>

/s/ Gregory M. Sleet<br>
CHIEF, UNITED STATES DISTRICT JUDGE

September 11, 2007