IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 06-124 (GMS) |
| | ) | |
| LISA REED | ) | |

**NOTICE OF RESCHEDULING**

IT IS HEREBY ORDERED that the scheduling conference regarding the above-captioned case is RESCHEDULED to **Thursday, September 27, 2007, at 2:00 p.m.**

/s/ Gregory M. Sleet
CHIEF, UNITED STATES DISTRICT JUDGE

September 12, 2007