IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-124-GMS |
| | ) | |
| LISA REED, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE

**PLEASE** withdraw the appearance of Beth Moskow-Schnoll as attorney of record for the United States, and enter the appearances of Lesley F. Wolf, Assistant United States Attorney for the District of Delaware, and Christopher J. Burke, Assistant United States Attorney for the District of Delaware, in the above-captioned case.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: /s/ Lesley F. Wolf
Lesley F. Wolf
Assistant United States Attorney
Nemours Building, Suite 700
1007 Orange Street
P.O. Box 2046
Wilmington, DE 19899-2046
302-573-6277, x106
lesley.wolf@usdoj.gov

Dated: January 2, 2008

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 06-124-GMS |
| ) | |
| LISA REED, ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I, Lesley F. Wolf, Assistant United States Attorney for the District of Delaware, hereby certify that on the 2nd day of January 2008, I caused to be electronically filed a **Notice of Substitution of Counsel and Entry of Appearance** with the Clerk of the Court. I further certify that a copy of the foregoing was sent via U.S. mail to counsel of record as follows:

Paul S. Peters, III
Martucci & Peters LLC
1617 JFK Blvd., Suite 510
Philadelphia, PA 19103


 /s/ Lesley F. Wolf
Lesley F. Wolf
Assistant United States Attorney