IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-124-GMS |
| | ) | |
| LISA REED, | ) | |
| | ) | |
| Defendant. | ) | |

**GOVERNMENT'S REQUEST FOR SPECIAL VOIR DIRE**

NOW COMES the United States of America, by and through its undersigned attorneys, and hereby requests that the Court submit the following questions to the jury panel in the above-captioned case.

1. Does the length of this trial or the schedule contemplated by the court present a special problem to any member of the panel?

2. Has any member of the panel heard or read anything about this case?

3. Has any member of the panel or your immediate family (defined as your spouse, child, parent or sibling) or close friend had any business, social or personal dealings with either counsel individually or with the United States Attorney's Office or the law firm of Martucci & Peters, LLC?

4. Has any member of the panel or your immediate family or close friend had any business, social or personal dealings with the defendant, Lisa Reed, or with Glenny Coleman, III?

5. Members of the panel, I am now going to read the names of witnesses who may be called in this case [witness lists to be provided]. Does any member of the panel know any of these persons?

6. Has any member of the panel ever served as a juror in a criminal or a civil case or as a member of a grand jury in either a federal or state court?

7. Has any member of the panel ever been involved, in any court, in a criminal matter, other than a minor traffic offense, that concerned yourself, a member of your immediate family or a close friend, either as the subject of an investigation, a defendant, a witness, or a victim?

8. Has any member of the panel, a member of your immediate family, or a close friend had any dealings – including being employed by, investigated by, or having any other association with – the United States Secret Service, the Delaware State Police or any other law enforcement agency?

9. Would the fact that the United States Secret Service and the Delaware State Police are the primary investigating agencies in this case interfere with your ability to be fair and impartial?

10. The facts of this case involve applications for loans that were sent to the following entities: Univest National Bank & Trust Company, GMAC Financial Services, Beneficial Corporation, CitiFinancial, Inc., and Aggressive Mortgage. Have any members of the panel had any experiences with these entities, or had any other type of loan application experience, that would interfere with your ability to be fair and impartial?

11. The facts of this case also involve the following car dealerships: Paul Burns Auto Center, Delaware Cadillac, and Murphy Ford, Lincoln-Mercury. Have any members of the panel had any experiences with these entities that would interfere with your ability to be fair and impartial?

12. If you are selected to sit on this case, will you be able to render a verdict solely on the evidence presented at trial and in the context of the law as I will give it to you in my instructions, disregarding any other ideas, notions, or beliefs about the law you may have or that you may have encountered in reaching your verdict?

13. Is there any member of the panel who has any special disability or problem that would make serving as a member of the jury difficult or impossible?

14. Having heard the questions put to you by the court, does any other reason suggest itself to you as to why you could not sit on this jury and render a fair verdict based on the evidence presented to you and in the context of the court's instructions to you on the law?

COLM F. CONNOLLY
United States Attorney

BY:  /s/ Christopher J. Burke
Christopher J. Burke
Lesley F. Wolf
Assistant United States Attorneys

Dated: January 15, 2008