IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-124-GMS |
| | ) | |
| LISA REED, | ) | |
| | ) | |
| Defendant. | ) | |

## ENTRY OF APPEARANCE

**PLEASE** enter the appearance of Christopher J. Burke, Assistant United States Attorney for the District of Delaware, as co-counsel in the above-captioned case. Lesley F. Wolf, Assistant United States Attorney for the District of Delaware, will continue to serve as co-counsel on the matter.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY:  /s/ Christopher J. Burke
Christopher J. Burke
Assistant United States Attorney
Nemours Building, Suite 700
1007 Orange Street
P.O. Box 2046
Wilmington, DE 19899-2046
302-573-6277, x142

Dated: January 15, 2008