

PAUL S. PETERS, III*
JOHN J. MARTUCCI, JR.

* ALSO ADMITTED TO NJ BAR

**MARTUCCI & PETERS, LLC**
ATTORNEYS AT LAW

ONE PENN CENTER, STE 510
1617 JOHN F. KENNEDY BLVD
PHILADELPHIA, PA 19103

P 215.789.7250  F 215.789.7251

January 17, 2008

Honorable Gregory M. Sleet, Chief Judge
United States District Court for District of Delaware
J. Caleb Boggs Federal Building
844 North King Street, Room 4324
Lockbox 19
Wilmington, DE 19801

      Re:   <u>USA vs. Lisa Reed</u>
              No. 06-124-GMS

Dear Judge Sleet:

    As Your Honor knows, I represent Lisa Reed in the above referenced matter which is scheduled before Your Honor for a Pre-Trial conference on January 22, 2008 at 1:00 pm. I just received confirmation that I will be beginning a jury trial in the Philadelphia Court of Common Pleas in the matter of <u>Commonwealth vs. Joseph Cromwell</u>, #CP-51-CR-0003525-2007, before the Honorable Lillian Ransom on January 22, 2008..

    Based upon my scheduling conflict for Tuesday, I am respectfully requesting a re-scheduling of the pre-trial conference in Ms. Reed's matter. I have spoken with Ms. Leslie F. Wolf, Esquire of the U.S. Attorney's office regarding my scheduling conflict for Tuesday, and she informed me she had no objection to a brief continuance. As for available dates, I have the entire day available on January 28, 2008, and the afternoon of January 31, 2008.

    I greatly appreciate Your Honor's consideration of my request, and will follow-up with Your Honor's Chambers regarding this request. Thank you.

                                  Respectfully submitted,

                                  MARTUCCI & PETERS, LLC

                                  Paul S. Peters III, Esquire

PSP/ll
Cc: Leslie F. Wolf, Esquire
      Lisa Reed