IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-124 GMS |
| | ) | |
| LISA REED | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF RESCHEDULING

IT IS HEREBY ORDERED that the pretrial conference regarding the above-captioned case is RESCHEDULED, in chambers, to **Thursday, January 31, 2008, at 2:00 p.m.** before the Honorable Gregory M. Sleet, Chief, United States District Judge, United States Courthouse, 844 N. King Street, Wilmington, DE.

/s/ Gregory M. Sleet
CHIEF, UNITED STATES DISTRICT JUDGE

January 18, 2008