

PAUL S. PETERS, III*
JOHN J. MARTUCCI, JR.

*ALSO ADMITTED TO NJ BAR

**MARTUCCI & PETERS, LLC**
ATTORNEYS AT LAW

ONE PENN CENTER, STE 510
1617 JOHN F. KENNEDY BLVD
PHILADELPHIA, PA 19103

P 215.789.7250  F 215.789.7251

April 30, 2008

Honorable Gregory M. Sleet, Chief Judge
United States District Court for District of Delaware
J. Caleb Boggs Federal Building
844 North King Street, Room 4324
Lockbox 19
Wilmington, DE 19801

      Re:    **USA vs. Lisa Reed**
               No. 06-124-GMS

Dear Judge Sleet:

      As Your Honor knows, I represent Lisa Reed in the above referenced matter which is scheduled before Your Honor for sentencing on May 16, 2008 at 10:00 am. Ms. Reed's Pre-Sentencing Interview with Mr. Walter Matthews was originally scheduled for March 14, 2008. However, due to a death in my family, the interview was canceled and rescheduled for April 11, 2008; the interview was conducted and concluded on April 11, 2008. Mr. Matthews stated he would not be able to provide a Pre-Sentence report in time for the May 16, 2008 sentencing. Based upon the time in which Mr. Matthews will need to provide the report, and then preparation of and filing sentencing memorandums by Ms. Leslie Wolf, Esquire and myself, I am respectfully requesting the sentencing hearing be rescheduled to a date in July 2008. I have spoken with Ms. Wolf and she has no objection to this request.

      I greatly appreciate Your Honor's consideration of my request, and will follow-up with Your Honor's Chambers regarding this request. Thank you.

                            Respectfully submitted,

                            **MARTUCCI & PETERS, LLC**

                            Paul S. Peters III, Esquire

PSP/ll
Cc: Leslie F. Wolf, Esquire
    Lisa Reed