## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-124-GMS |
| LISA REED, | ) | |
| | ) | |
| Defendant. | ) | |

### MOTION AND ORDER TO DISMISS

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Lesley F. Wolf, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court to dismiss Counts Three through Eleven of the Superseding Indictment in this matter dated August 28, 2007.

                                                  Respectfully submitted,

                                                  COLM F. CONNOLLY
                                                  United States Attorney

                                   BY:    s/Lesley F. Wolf
                                                  Lesley F. Wolf
                                                  Assistant United States Attorney
                                                  1007 Orange Street
                                                  P.O. Box 2046
                                                  Wilmington, DE 19899-2046
                                                  302-573-6277, x106
                                                  lesley.wolf@usdoj.gov

Dated: July 17, 2008

IT IS SO ORDERED this \_\_\_ day of _____ 2008.

                                                  _____
                                                  HONORABLE GREGORY M. SLEET
                                                  UNITED STATES DISTRICT JUDGE

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 06-124-GMS |
| ) | |
| LISA REED, ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I, Lesley F. Wolf, Assistant United States Attorney for the District of Delaware, hereby certify that on the 17th day of July 2008, I caused to be electronically filed a **Motion to Dismiss** with the Clerk of the Court. I further certify that a copy of the foregoing was sent via U.S. mail to counsel of record as follows:

Paul S. Peters, III
Martucci & Peters LLC
1617 JFK Blvd., Suite 510
Philadelphia, PA 19103

 /s/ Lesley F. Wolf
Lesley F. Wolf
Assistant United States Attorney