IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA :

      VS.      :      DOCKET NO: 1:06-CR00124-001 (GMS)

LISA REED      :

**ENTRY OF APPEARANCE**

TO THE CLERK:

    Please enter my appearance for the Defendant, Lisa Reed, in the above captioned matter.

Date: _____      _____
                                        **KENNETH A. YOUNG, ESQUIRE**
                                        **ATTORNEY FOR DEFENDANT,**
                                        **LISA REED**
                                        1429 Walnut Street, 8th Floor
                                        Philadelphia, PA 19102
                                        Telephone: (215) 751-1060
                                        Facsimile: (215) 564-2859
                                        E-Mail: kyoungesq@aol.com