IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA :

      VS.      :      DOCKET NO: 1:06-CR00124-001 (GMS)

LISA REED      :

## ORDER

AND NOW, this       day of            , 2008, upon application of Kenneth A. Young, Esquire, attorney for Defendant, LISA REED, it is hereby ORDERED that the voluntary surrender date in the above captioned matter is extended until October 31, 2008.

                              BY THE COURT:

                              _____
                              The Honorable Gregory M. Sleet

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY


UNITED STATES OF AMERICA :

        VS.     :    DOCKET NO: 1:06CR00124-001 (GMS)

LISA REED     :


## MOTION TO EXTEND VOLUNTARY SURRENDER DATE

1. Ms. Lisa Reed was sentenced by the Honorable Gregory M. Sleet on July 17, 2008. The Honorable Gregory M. Sleet sentenced Ms. Reed to a total term of Forty-five (45) months imprisonment, and allowed her to self surrender herself to the facility ordered by the Bureau of Prisons.

2. Ms. Reed is to report to the assigned Federal Institution on August 17, 2008.

3. Ms. Reed is a single mother and was the sole caregiver to her son, Glenny Coleman, IV, who is entering his Senior year at Concord High School in Wilmington, Delaware.

4. Ms. Reed made arrangements for her son to move in with her mother, Ms. Virginia Reed in Wilmington, Delaware, during her imprisonment.

5.   Ms. Virginia Reed is quite ill and has been ordered by her physicians to undergo a series of tests and she may be hospitalized at Christiana Medical Center due to her medical situation.

6.   Ms. Reed requires time to care for her minor son and/or to make alternative living arrangements for him.

7.   Ms. Reed requests that the Court consider granting her additional time due to this unforeseen family situation to report to serve her sentence.

WHEREFORE, Defendant requests that the Court grant her until October 31, 2008 to surrender herself to the Bureau of Prisons.


_____
KENNETH A. YOUNG, ESQUIRE
Attorney for Defendant

DATE: August 14, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA :

VS.            :    DOCKET NO: 1:06CR00124-001 (GMS)

LISA REED           :

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of a Motion To Extend Voluntary Surrender Date, has been served on the following:

Honorable Gregory M. Sleet
United States District Court-Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Room 4324
Lockbox 19
Wilmington, DE 19801

Beth Moskow-Schnoll, Esquire
Ballard, Spahr, Andrews & Ingersoll, LLP
919 North Market Street
12th Floor
Wilmington, DE 19801

Christopher J. Burke, Esquire
Lesley F. Wolf, Esquire
1007 Orange Street
Suite 700
Wilmington, DE 19899-2046

DATE: August 14, 2008

_____
KENNETH A. YOUNG, ESQUIRE
ATTORNEY FOR DEFENDANT

**[Prescription pad / medical note]**

VIRGINIA PHYSICAL MEDICAL ASSOCIATES, P.A.
[illegible doctor name, M.D.]
2708 Silverside Road, Suite 1
Wilmington, DE 19810
(302) [illegible]

NAME: Virginia Reed       DATE: 8/13/08
AGE: [blank]
ADDRESS: [blank]

℞ Ms. Reed suffers from severe progressive pulmonary disease which requires help. It would create a hardship for her if her daughter Lisa Reed was not available to be her primary caregiver which she is at this time.

Refill _____ times

C. Esham MD /a

Substitution Permitted

IN ORDER FOR A BRAND NAME PRODUCT TO BE DISPENSED, THE PRESCRIBER MUST HAND WRITE "BRAND NECESSARY" OR "BRAND MEDICALLY NECESSARY" IN THE SPACE BELOW.

8FIM5064587

Aug 13 2008 7:01PM   HP LASERJET FAX        p.1

Christiana Care Health Services
> Confidential Clinical Document - Handle Appropriately - Please Do Not Document on This Copy <

REED, VIRGINIA ELIZABETH - 221284176

CT SINWO

* Final Report *

# * Final Report *

## CT SINWO

CHRISTIANA CARE        SERVICES

Patient Name: REED, VIRGINIA ELIZABETH
Med Rec Number: (0000)000221-284176
Financial No: 0007-5185413
Patient Phone #: (302)762-6531
Admission Date: 28JUL08
Physician: REINHARDT, JOHN F

Page: 1
Printed: 28JUL08 1544
DOB: 14NOV42
Age: 65 YRS
Location: OPW
Previous Location:
Accession: 08-210-4477

07/28/08 1500   CT SINUS W/O CONTRAST

461.0

History: Previous sinus surgery with recurrent sinusitis.

2 mm nonenhanced spiral axial CT images of the paranasal sinuses with sagittal and coronal reformats were obtained on 7/28/2008, and compared with the previous CT from 1/31/2007.

Findings: There has been no change in the findings consistent with chronic partial bilateral maxillary antrostomies, uncinectomies, ethmoidectomies and partial turbinectomies. There has been significant progression of the polypoid mucosal thickening of the paranasal sinuses with complete opacification, except for minimal pneumatization of the left maxillary sinus. There is hyperdense material again identified throughout all of the paranasal sinuses centrally consistent with inspissated mucus or colonization with noninvasive fungus. There is no significant change of the thickening of the osseous walls of all of the paranasal sinuses. There is a large segment of absence of the nasal septum, consistent with erosion. However, there is no erosion of the paranasal sinuses or extension intracranially or intraorbitally. The soft tissues of the orbits are normal in appearance. There is near-complete opacification with soft tissue density along the superior aspect of the nasal cavity at the site of presumed erosion of the nasal septum. There are no gross abnormalities of the imaged intracranial structures and dorsal soft tissues of the nasopharynx. The mastoid air cells and middle ear cavities are clear.

Printed by: Nersasian, Debbie
Printed on: 07/31/2008 16:13

Page 1 of 3
(Continued)

Pulmonary Associates
4745 Ogletown-Stanton Rd Medical Arts Pavilion I, Ste 220
Newark, DE 19713

Kestner, Joseph MD
701 N. Clayton St Ste 500
Wilmington, DE 19805
Fax: (302) 656-2289

Esham, Charles MD
2700 Silverside Rd Ste 3
Wilmington, DE 19810
Fax: (302) 478-3827

**RE: Virginia Reed**
**Sex:** Female
**Date of Birth:** 11/14/1942
**Age:** 64
**Height:** 5'05
**Weight:** 265
**B.M.I.:** 44.0
**Admitting Diagnosis:** Obstructive Sleep Apnea Syndrome (OSAS) 327.23

**Past Sleep History:** Fatigue, Nocturnal Awakenings, Non-Restorative Sleep, and Snoring.

**Medical History:** Asthma, Diabetes, Hypertension, and Obesity.

Thank you for the opportunity to study Virginia Reed. I wanted to give you the results of the polysomnogram study that was performed at SleepCare Center at Foulkstone on 10/26/2007. This study was performed to study the patient's sleep related complaints.

The patient was studied using the Sandman System. Electroencephalogram (EEG), electro-oculogram (EOG), and electromyogram (EMG), were monitored for sleep staging. Nasal pressure monitoring, chest wall movement, abdominal movement, snoring and oxygen saturation were monitored for respiratory assessment. Electrocardiogram (EKG) and tibial EMG were monitored for cardiac arrhythmias and nocturnal limb movements respectively.

Ms. Reed slept 349.50 minutes out of 427.1 minutes in bed for a decreased sleep efficiency of 81.8%. The sleep latency was increased at 32.5 minutes. 0.0% of the total sleep time was spent in the supine position. Stage I sleep was at 2.4%. Stage II sleep was at 91.8%. Slow wave sleep total was at 0.0%, with Stage III sleep at 0.0% and Stage IV sleep at 0.0%. There was 1 REM sleep period. REM sleep was at 5.7%. REM onset occurred 275.0 minutes into the study.

The overall apnea hypopnea index was mild at 12.4 events/hr. The REM specific index was 27.0 events/hr. The supine index was 0.0 events/hr. The obstructive apnea index was 0.5 events/hr. There were 3 obstructive apneas with a mean duration of 13.0 seconds. There were 69 obstructive hypopneas with a mean duration of 27.9 seconds. Mean saturation was 94.7 with a nadir saturation in non-REM sleep of 90.0% and in REM sleep of 84.0%. 99.0% of the study time was spent with a saturation in the 90-100% range. 1.0% of the study time was spent with a saturation below 90%. There were 70 arousals related to respiratory events with an index of 12.0 arousals/hour. There were 128 Spontaneous arousals noted with an index of 22.0 arousals/hour. The etiology of some of these was unclear.

te: 11/4/2007   Time: 10:32 PM   To: Kestner, Joseph MD @ 13028562289
pcare Center   Page: 002

Pulmonary Associates
4745 Ogletown-Stanton Rd Medical Arts Pavilion I, Ste 220
Newark, DE 19713

**RE: Virginia Reed**

Mean heart rate was 96.9 bpm. Heart rate ranged from 47.0 bpm to 121.0 bpm. This study did exhibit cardiac abnormalities. These included Premature Ventricular Contraction, Couplets, and Bigeminal PVC's.

The patient does have evidence of Periodic Limb Movements of Sleep. This does not contribute to sleep disruption. There were 40 PLMS, with a index of 6.90, and an arousal index of 2.10.

**COMMENTS**

First-night effect noted with decreased sleep efficiency and/or increased sleep latency (onset-insomnia.)

Patient did not meet criteria for a split-night study in the allotted time frame.

Further therapy warranted in view of elevated RDI, symptoms and/or co-morbidities present.

**SLEEP DISORDER:**

Obstructive Sleep Apnea Syndrome (OSAS)

**IMPRESSIONS**

Mild Obstructive Sleep Apnea Syndrome (OSAS) 327.23

**RECOMMENDATIONS**

**CPAP TITRATION STUDY TO ADDRESS SLEEP-DISORDERED BREATHING**

An elevated Respiratory Disturbance Index (RDI) or Apnea-hypopnea Index (AHI) of between 5 and 15 with symptoms of fatigue, daytime somnolence or co-morbidities such as hypertension, diabetes or coronary artery disease or an RDI/AHI greater than 15 often warrants therapy.

A REPEAT POLYSOMNOGRAM WITH POSITIVE AIRWAY PRESSURE TITRATION IN THE LAB WILL BE SCHEDULED. Positive airway pressure therapy (CPAP/BiLevel PAP) is the treatment of choice for most patients with obstructive sleep apnea (OSA) who warrant therapy based on symptoms or co-morbidities that exist. Alternative therapies for mild OSA or for individuals intolerant or non-accepting of PAP include airway dilators (dental appliances) or surgical evaluation by an ENT physician.

Co-morbidities that may contribute to sleep-disordered breathing and therefore warrant evaluation and treatment include hypothyroidism and nasal pathology (rhinitis, septal deviation, etc.)

---

Date: 11/4/2007    Time: 10:32 PM    To: Kortner, Joseph MD @ 13026562289
Dcare Center    Page: 003

**Pulmonary Associates**
4745 Ogletown-Stanton Rd Medical Arts Pavilion I, Ste 220
Newark, DE 19713

**RE: Virginia Reed**

The patient will be ADVISED AGAINST DRIVING long distances or when drowsy. This interaction with the patient will be documented in the patient?s chart. Patients with untreated or ineffectively treated sleep-disordered breathing have increased risks (greater than 2 times the normal population) of motor vehicle accidents and have been shown to have driving errors equivalent to having a blood alcohol level of 0.05 %.

Individuals with sleep-disordered breathing will be ADVISED AGAINST THE NIGHTTIME USE OF ALCOHOL AND SEDATIVES which may worsen the respiratory disturbance.

The patient will be educated to the potential ROLE OF OBESITY in worsening sleep apnea and long-term efforts of weight reduction should be implemented. Optimal Body Mass Index (BMI) for individuals diagnosed with OSA is less than 27-28.

If the patient is a SMOKER, he/she will be advised as to the worsening of the sleep disordered breathing by this habit and offered methods of cessation.

The patient will be informed of INCREASED HEALTH RISKS of diseases associated with OSA especially when untreated, including hypertension, stroke, myocardial infarction, diabetes mellitus, the metabolic syndrome and increased motor vehicle accidents.

If there are questions or needed clarification of this report please feel free to contact me.

Thank you for the opportunity to study Virginia Reed

This document was digitally signed originally by Rizzo, Albert MD on 11/04/2007 at 10:31:42 PM

Title/Type: PSG (Sleep)

Patient: Virginia D Reed (#25450) DOB: 11/14/1942
Document Date: 10/26/2007
Page: 3/3