## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-124-GMS |
| | ) | |
| LISA REED, | ) | |
| | ) | |
| Defendant. | ) | |

### UNITED STATES' OPPOSITION TO DEFENDANT'S MOTION TO EXTEND VOLUNTARY SURRENDER DATE

The United States, by and through Colm F. Connolly, United States Attorney for the District of Delaware, and Lesley F. Wolf and Christopher J. Burke, Assistant United States Attorneys for the District of Delaware, hereby opposes defendant's Motion to Extend Voluntary Surrender Date (D.I. 40) for the reasons set forth below:

On February 11, 2008, defendant entered a guilty plea to Counts 1 and 2 of the Superseding Indictment charging her with conspiracy to commit bank fraud, in violation of Title 18 U.S.C. §§ 1344 and 1349, and aggravated identity theft, in violation to Title 18 U.S.C. §1028A . (D.I. 33.) On July 17, 2008, the Court sentenced defendant to 45 months imprisonment.[1] At sentencing the Court gave defendant 30 days to self-report, setting the date for reporting as August 17, 2008.[2] Less than two business days prior to reporting, defendant, through new counsel, filed a motion with the Court seeking an extension of time to report until October 31, 2008, more than two months after the date ordered by the court, due to an

---

[1] The Court has not yet entered the Judgment.

[2] August 17, 2008 is a Sunday. Ms. Reed was advised by the Marshals that she should report the following day, August 18, 2008.

"unforseen family situation."

The government opposes this motion. Although defendant's motion cites the illness of her mother as a factor, the motion itself is unclear as to the nature of the problem and somewhat speculative as to the impact of that illness upon defendant's requirement to report for and serve a term of incarceration. The motion states that defendant's mother must undergo a series of tests and "*may* be hospitalized." (Emphasis supplied.) While the government is sympathetic to defendant's mother's health concerns, the supporting documentation fails to shed much additional light on the immediacy of the situation. An attached doctor's note indicates it may be a hardship for her mother to be without the assistance of defendant, but fails to identify any impending circumstances that warrant such a lengthy extension of her reporting date. Indeed, it appears that the illness of the defendant's mother is a chronic, rather than an acute one.

Moreover, the additional time requested by defendant does nothing to address the ultimate remedy for a situation where her mother, who is unwell, has agreed to be the caregiver to her teenage son while she serves her sentence of incarceration. Defendant entered a guilty plea on February 11, 2008, more than six months ago, to a crime that carried a mandatory term of imprisonment. Her original sentencing date was scheduled for May 16, 2008 (D.I. 34), but was later delayed for two months, until July, at the defendant's request— a request that the government did not oppose. At the time the Court imposed its sentence, the Court gave defendant an additional 30 days to report to prison— more time than is granted to many defendants. Defendant and her family were surely aware that circumstances like this might arise and had ample time— more than half a year— to plan accordingly. The reality is that defendant has been sentenced to 45 months imprisonment . The circumstances described by defendant,

where her mother suffers from a chronic health problem which *may* require inpatient treatment, could lead to repeated requests to delay her reporting date. Such delay conflicts with the public's interest in having defendant serve her sentence.

  WHEREFORE, for the foregoing reasons, the United States of America respectfully requests that defendant's motion to extend voluntary surrender until October 31, 2008, be denied.

                Respectfully submitted,

                COLM F. CONNOLLY
                United States Attorney

            BY: /s/ Lesley F. Wolf
                Lesley F. Wolf
                Christopher J. Burke
                Assistant United States Attorneys
                Nemours Building, Suite 700
                1007 Orange Street
                P.O. Box 2046
                Wilmington, DE 19899-2046
                (302)573-6277

Dated: August 15, 2008

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 06-124-GMS |
| | ) |
| LISA REED, | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

I, Lesley F. Wolf, Assistant United States Attorney for the District of Delaware, hereby certify that on the 15th day of August 2008, I caused to be electronically filed an **Opposition to Motion to Extend Voluntary Surrender** with the Clerk of the Court. I further certify that a copy of the foregoing was sent via U.S. mail and facsimile to counsel of record as follows:

Kenneth A. Young, Esq.
1429 Walnut Street, Suite 800
Philadelphia, PA 19102
(215)564-2859-facsimile

 /s/ Lesley F. Wolf
Lesley F. Wolf
Assistant United States Attorney