IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 06-124-GMS |
| LISA REED, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION AND ORDER TO DISMISS

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Lesley F. Wolf, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court to dismiss Counts Three through Eleven of the Superseding Indictment in this matter dated August 28, 2007.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: ___s/Lesley F. Wolf_____
Lesley F. Wolf
Assistant United States Attorney
1007 Orange Street
P.O. Box 2046
Wilmington, DE 19899-2046
302-573-6277, x106
lesley.wolf@usdoj.gov

Dated: July 17, 2008

IT IS SO ORDERED this 15 day of August 2008.

_____
HONORABLE GREGORY M. SLEET
UNITED STATES DISTRICT JUDGE

FILED
AUG 1 5 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE