NOTICE OF APPEAL
TO
U.S. COURT OF APPEALS, THIRD CIRCUIT

**U.S. District Court for the District of Delaware**

CIRCUIT COURT
DOCKET NUMBER: _____
(leave blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

DISTRICT COURT
DOCKET NUMBER: 1:06-CR-000124-001

UNITED STATES OF AMERICA

v.

DISTRICT COURT
JUDGE: Judge Gregory M. Sleet

LISA REED

Notice is hereby given that \_\_\_\_LISA REED\_\_\_\_
(Named Party)

appeals to the United States Court of Appeals for the Third Circuit from [ x] Judgment, [ x] Order,

[ ] Other (specify) _____

entered in this action on  August 15, 2008
                              (date)

Dated:  August 22, 2008

*(signature)*
(Counsel for Appellant-Signature)

| KENNETH A. YOUNG, ESQUIRE | Lesley F. Wolf, Esquire |
| --- | --- |
| (Name of Counsel - Typed) | Christopher J. Burke, Esquire |
|  | (Counsel for Appellee) |
| 1429 Walnut Street, 8th Floor | Nemours Building, Suite 700 |
| (Address) | (Address) |
| Philadelphia, PA 19102 | 1007 Orange Street, P.O. Box 2046 |
| (City, State Zip) | (City, State Zip) |
| (215) 751-1060 | Wilmington, DE 19899-2046 |
| (Telephone Number) | (Telephone Number) |

**NOTE: USE ADDITIONAL SHEETS** if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.